IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| VICTOR BRADSHAW, | * |
|     Plaintiff | * |
| vs. | * |
| LAWRENCE STEWART, Warden | CASE NO. 4:10-CV-78 (CDL) |
| | * |
|     Defendant | * |

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on February 9, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 9th day of March, 2011.

                                                        S/Clay D. Land
                                                          CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE